UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROMAN PYVO,

Petitioner,

v.                                                      No. 1:26-cv-11816-RGS

ANTONE MONIZ, *et al.*,

Respondents.

**RESPONDENTS' ASSENTED-TO MOTION TO DISMISS**

Petitioner Roman Pyvo filed a Petition for a Writ of Habeas Corpus challenging his immigration detention and seeking immediate release or a bond hearing. *See generally* Doc. No. 1. On April 24, 2026, the Court granted the Petition and ordered that Petitioner receive a bond hearing. Doc. No. 9. On April 29, 2026, the immigration court denied Petitioner bond on the ground that he "is a danger to the community [by] clear and convincing evidence." Doc. No. 10-3 at 1. In response, Petitioner filed a motion in this Court seeking immediate release on the ground that Petitioner's bond hearing did not comport with due process. Doc. No. 10 at 1-2. The Court denied Petitioner's motion and "stay[ed] the case pending exhaustion of the bond appeals process." Doc. No. 11. Since then, Petitioner did not appeal the immigration court's bond decision to the Board of Immigration Appeals by the deadline to do so. Accordingly, Respondents move to dismiss the Petition, with Petitioner's assent.

Dated: July 14, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I, Julian N. Canzoneri, hereby certify that I conferred with opposing counsel who assents to the relief requested in this motion.

Dated: July 14, 2026

By:    */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on July 14, 2026.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney